IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BETTY WATSON                                                                                              PLAINTIFF

v.                                            No. 3:08CV00110 JLH

J.C. PENNEY CORPORATION, INC.;
and JOHN DOE I                                                                                       DEFENDANTS

## ORDER

Without objection, Betty Watson's motion to continue the trial is GRANTED. Document #28. This case is scheduled for a jury trial beginning at 9:15 a.m. sometime during the week of *September 21, 2009*, in Jonesboro, Arkansas. If counsel wish to bring electronic devices to the courthouse for any proceeding, please note General Order No. 54.

The deadlines for concluding discovery and filing motions provided in the Final Scheduling Order of September 10, 2008, remain in force.

IT IS SO ORDERED this 29th day of April, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE