**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BETTY WATSON                                                                                                    PLAINTIFF

v.                                          NO. 3:08CV00110 JLH

J.C. PENNEY CORPORATION, INC.                                                                    DEFENDANT

**ORDER**

The Order entered on April 29, 2009, reset this matter for jury trial to commence at 9:15 a.m. sometime during the week of September 21, 2009, in Jonesboro, Arkansas. The Court has determined that the jury trial will begin at ***9:15 a.m. on TUESDAY, SEPTEMBER 22, 2009***, in Jonesboro, Arkansas. Counsel are to be present *thirty minutes prior to trial*.

IT IS SO ORDERED this 15th day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE