**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BETTY WATSON                                                                                          PLAINTIFF

v.                                              No. 3:08CV00110 JLH

J.C. PENNEY CORPORATION, INC.;
and JOHN DOE I                                                                                    DEFENDANTS

## JUDGMENT

On the 22nd day of September, 2009, this action came before the Court for trial by jury. Betty Watson appeared in person and through her attorney, William Jennings Stanley. J.C. Penney Corporation, Inc., appeared through its corporate representative, Sandra Sneed, and its attorneys, Mindy D. Pipkin and Michael P. Vanderford. The parties announced ready for trial. A jury of twelve was duly selected and sworn. During the trial, one juror became ill and was excused. The trial continued to a conclusion with eleven jurors. After all of the evidence had been received and the jury had been instructed on the law, the jury returned a unanimous verdict in favor of J.C. Penney Corporation, Inc.

Judgment is therefore entered in favor of J.C. Penney Corporation, Inc., on the claims of Betty Watson. The complaint of Betty Watson is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE